UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK PAUL TURNER, JR,<br>LESLIE MILLER BELL, JR., and<br>ANTHONY BERNARD WILSON,<br><br>    Defendants.<br>_____/ | No. CR.S-09-0193 FCD<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR FIGUEROA, JR., and<br>MARCUS WILLIAMS,<br><br>    Defendants.<br>_____/ | No. CR.S-09-0194 WBS |

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions arise from the same on-going law enforcement investigation, share common legal issues, and involve the same parties, and would therefore entail a substantial duplication of labor if heard by different judges.

      Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 83-123 merely has
2  the result that these actions are assigned to the same judge; no consolidation of the actions is
3  effected.  Under the regular practice of this court, related cases are generally assigned to the
4  judge and magistrate judge to whom the first filed action was assigned.
5      IT IS THEREFORE ORDERED that the action denominated, CR.S-09-0194 is
6  reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
7  in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed
8  in the reassigned case shall be shown as **CR. S-09-0194 FCD**.
9      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
10 assignment of criminal cases to compensate for this reassignment.
11     IT IS SO ORDERED.
12 DATED:  April 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE