IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CESAR FIGUEROA,
MARCUS WILLIAMS,

        Defendant.

CASE NO. CR-S-09-0194 FCD

ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

For the reasons set forth in the stipulation of the parties, filed on June 19, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for June 22, 2009, be vacated and that the case be set for Monday, August 24, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 19, 2009 stipulation, the time under the Speedy Trial Act is excluded from June 22, 2009, through August 24, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1