DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-09-194 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING AND TO EXCLUDE TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| ) | |
| CESAR FIGUEROA, ) | |
| MARCUS WILLIAMS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This case is currently scheduled for a status hearing on August 24, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 24, 2009, be continued until November 9, 2009, at 10:00 a.m..  In addition, the parties stipulate that the time period from August 24, 2009, to November 9, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

1

DATED: August 18, 2009

                Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| JILL THOMAS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Cesar Figueroa |
| | |
| | */s/ Lexi Negin for* |
| | MICHAEL HANSEN |
| | Attorney for Marcus Williams |

        IT IS SO ORDERED.

Dated: August 18, 2009

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE