1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CESAR FIGUEROA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,          )   CASE NO. CR. S-09-194 FCD
11                                     )
              Plaintiff,               )
12                                     )   STIPULATION AND ORDER TO CONTINUE
        v.                             )   STATUS HEARING AND TO EXCLUDE TIME
13                                     )   PURSUANT TO THE SPEEDY TRIAL ACT
                                       )
14 CESAR FIGUEROA,                     )
   MARCUS WILLIAMS,                    )
15                                     )
              Defendants.              )
16 _____)

17        This case is currently scheduled for a status hearing on November 9, 2009.  The attorneys for both

18 parties have conferred and agree that additional time is needed for defense preparation and meetings

19 between the parties with the goal being to resolve the case by way of a disposition.

20        The parties, through their respective counsel, hereby stipulate and agree that the status conference

21 scheduled in this case for November 9, 2009, be continued until January 19, 2010, at 10:00 a.m.  In

22 addition, the parties stipulate that the time period from November 9, 2009, to January 19, 2010, be

23 excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to

24 provide defense counsel with the reasonable time to prepare.

25 ///

26 ///

27 ///

28

1  DATED:November 6, 2009

2
                         Respectfully submitted,
3
   LAWRENCE G. BROWN                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6   */s/ Lexi Negin for*_____        */s/ Lexi Negin*_____
   JILL THOMAS                          LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Cesar Figueroa
8
                                        */s/ Lexi Negin for*_____
9                                       MICHAEL HANSEN
                                        Attorney for Marcus Williams
10

11
            **IT IS SO ORDERED.**
12
   DATED: November 6, 2009
13

14
                                        FRANK C. DAMRELL, JR.
15                                       UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28