DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-194 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| CESAR FIGUEROA, | ) | |
| MARCUS WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant U.S. Attorney, and defendants, CESAR FIGUEROA by and through his counsel, Lexi Negin, Assistant Federal Defender, and MARCUS WILLIAMS by and through his counsel, Michael Hansen, that the status conference set for Monday, May 24, 2010, be continued to Monday, July 26, 2010, at 10:00 a.m.. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. In addition, defense counsel Lexi Negin will not be available as she is scheduled to be out of the office for the remainder of the month of May.

///

///

///

1

It is further stipulated that the time period from the date of this stipulation, May 11, 2010, through and including the date of the new status conference hearing, July 26, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 11, 2010

                        Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for<br>JILL THOMAS<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Cesar Figueroa |
| | /s/ Lexi Negin for<br>MICHAEL HANSEN<br>Attorney for Marcus Williams |

**IT IS SO ORDERED.**

DATED: May 11, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2