DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CESAR FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-09-194 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING AND TO EXCLUDE TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| CESAR FIGUEROA, ) | |
| MARCUS WILLIAMS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant U.S. Attorney, and defendants, CESAR FIGUEROA by and through his counsel, Lexi Negin, Assistant Federal Defender, and MARCUS WILLIAMS by and through his counsel, Michael Hansen, that the status conference set for September 13, 2010, be continued to **Monday, November 8, 2010, at 10:00 a.m.** The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, September 8, 2010, through and including the date of the new status conference hearing, November 8, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

1

1  DATED: September 8, 2010

2
                    Respectfully submitted,
3

4  BENJAMIN B. WAGNER                    DANIEL BRODERICK
   United States Attorney                Federal Defender
5

6
    /s/ Lexi Negin for                    /s/ Lexi Negin
7  JILL THOMAS                           LEXI NEGIN
   Assistant U.S. Attorney               Assistant Federal Defender
8  Attorney for United States            Attorney for Cesar Figueroa

9
                                          /s/ Lexi Negin for
10                                       MICHAEL HANSEN
                                         Attorney for Marcus Williams
11
       **IT IS SO ORDERED.**
12
   DATED:  September 8, 2010
13

14                                       _____
                                         FRANK C. DAMRELL, JR.
15                                       UNITED STATES DISTRICT JUDGE

2