Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MARCUS WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>CESAR FIGUEROA, JR., et al.,<br><br>               Defendants. | No. 2:09-CR-0194 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING OF MARCUS WILLIAMS** |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Marcus Williams, that the previously-scheduled judgment and sentencing date of May 5, 2011, be vacated and the matter set for judgment and sentencing on June 2, 2011.

    This continuance is requested to allow defense counsel time to file additional documents in advance of sentencing.  Those documents include various achievements of Mr. Williams while incarcerated.  Probation concurs with this continuance.

Dated:  May 3, 2011                            Respectfully submitted,

                                                /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
                                                Attorney for Defendant
                                                MARCUS WILLIAMS

1  Dated: May 3, 2011                             U.S. ATTORNEY'S OFFICE

2                                                 By: /s/ Jill Thomas
3                                                 JILL THOMAS
                                                  Assistant U.S. Attorney
4                                                 Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of May 5, 2011, be vacated and the matter set for judgment and sentencing on June 2, 2011.

Dated:   May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE