Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MARCUS WILLIAMS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>CESAR FIGUEROA, JR., et al.,<br><br>           Defendants. | No. 2:09-CR-00194-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING OF MARCUS WILLIAMS** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Marcus Williams, that the previously-scheduled judgment and sentencing date of June 2, 2011, be vacated and the matter set for judgment and sentencing on July 7, 2011, at 10:00 a.m.

This continuance is requested as plaintiff's counsel and defendant's counsel will be in trial on June 2, 2011.  Probation concurs with this continuance.

Dated:  May 27, 2011                                   Respectfully submitted,

                                                                   /s/ Michael E. Hansen
                                                                   MICHAEL E. HANSEN
                                                                   Attorney for Defendant
                                                                   MARCUS WILLIAMS

**Stipulation and Order to Continue Judgment and Sentencing of Marcus Williams**

1 | Dated: May 27, 2011

U.S. ATTORNEY'S OFFICE

By: /s/ Michael E. Hansen for
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of June 2, 2011, be vacated and the matter set for judgment and sentencing on July 7, 2011.

Dated:   May 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

**Stipulation and Order to Continue Judgment and Sentencing of Marcus Williams**