Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MARCUS WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>CESAR FIGUEROA, JR., et al.,<br><br>              Defendants. | No. 2:09-CR-00194-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING OF MARCUS WILLIAMS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Marcus Williams, that the previously-scheduled judgment and sentencing date of July 7, 2011, be vacated and the matter set for judgment and sentencing on August 11, 2011, at 10:00 a.m.

   This continuance is requested as defendant's counsel will be in trial on July 7, 2011. Probation concurs with this continuance.

Dated:  July 1, 2011                                     Respectfully submitted,

                                                         /s/ Michael E. Hansen
                                                         MICHAEL E. HANSEN
                                                         Attorney for Defendant
                                                         MARCUS WILLIAMS

| | | |
|---|---|---|
| 1 | Dated: July 1, 2011 | U.S. ATTORNEY'S OFFICE |
| 2 | | By: /s/ Michael E. Hansen for |
| 3 | | JILL THOMAS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of July 7, 2011, be vacated and the matter set for judgment and sentencing on August 11, 2011.

Date: July 6, 2011.

_____
UNITED STATES DISTRICT JUDGE