Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MARCUS WILLIAMS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         vs.<br><br>CESAR FIGUEROA, JR., et al.,<br><br>                              Defendants. | No. 2:09-cr-00194-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING OF MARCUS WILLIAMS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Marcus Williams, that the previously-scheduled judgment and sentencing date of August 11, 2011, be vacated and the matter set for judgment and sentencing on September 1, 2011, at 10:00 a.m.

   This continuance is requested as defendant's counsel is continuing to evaluate sentencing issues.  Probation concurs with this continuance.

Dated:  August 8, 2011                          Respectfully submitted,

                                                /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
                                                Attorney for Defendant
                                                MARCUS WILLIAMS

1

Dated:  August 8, 2011                     U.S. ATTORNEY'S OFFICE

                                            By:  /s/ Michael E. Hansen for
                                            JILL THOMAS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of August 11, 2011, is vacated and the matter set for judgment and sentencing on September 1, 2011 at 10:00 a.m.

Dated:  August 9, 2011.

_____
UNITED STATES DISTRICT JUDGE