Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
MARCUS WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:09-CR-00194-KJM |
| Plaintiff, | **ORDER TO SEAL DOCUMENT** |
| v. | |
| MARCUS WILLIAMS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Defendant's psychological exam report sealed until further order of this Court.   It is further ordered that access to the sealed documents shall be limited to counsel for the parties.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the psychological exam report serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interest identified by the Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the report that would adequately protect the compelling interest identified by the Defendant.

1

1

**<u>ORDER</u>**

2

3        **IT IS SO ORDERED**.

4    Dated: December 12, 2016.

5

6    _____

7                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Continue Status Conference**